IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICHARD GOMEZ, | § | |
|    *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 1:10-CV-00003 |
| | § | |
| UNIVERSITY OF TEXAS AT | § | |
| BROWNSVILLE, TEXAS, | § | |
|    *Defendant*. | § | |

## DESIGNATION OF COUNSEL

TO THE HONORABLE JUDGE OF THE COURT:

Defendant the University of Texas at Brownsville hereby files this Designation of Counsel of Record as required by the United States District Court, Southern District of Texas, Local Rule 81.

Plaintiff's Counsel:

**Ruben R. Peña**
Law Offices of Ruben R. Peña
700 Paredes Ave., Ste. 103
Brownsville, Texas 78521
Phone: 956-546-5775
Fax: 956-546-5778

Defendant's Counsel:

**Allison V. Eberhart**
**Eric L. Vinson**
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667

        Respectfully submitted,

        GREG ABBOTT
        Attorney General of Texas

        C. ANDREW WEBER
        First Assistant Attorney General

        DAVID S. MORALES
        Deputy Attorney General for Civil Litigation

        ROBERT B. O'KEEFE
        Chief, General Litigation Division


        /s/ Allison V. Eberhart_____
        **ALLISON V. EBERHART**
        Texas Bar No. 24036515
        Southern District I.D. No. 33849
        **ERIC L. VINSON**
        Texas Bar No. 24003115
        Southern District I.D. No. 22186
        Assistant Attorneys General
        General Litigation Division
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        (512) 463-2120
        (512) 320-0667 FAX

        *Attorneys for the University of Texas at Brownsville*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by U.S. certified mail, return receipt requested on January 8, 2010 to:

Mr. Ruben R. Peña
700 Paredes Ave., Ste. 103
Brownsville, Texas 78521


        /s/ Allison V. Eberhart_____
        **ALLISON V. EBERHART**
        Assistant Attorney General