

# AURORA DE LA GARZA
Cameron County District Clerk
974 East Harrison Street
Brownsville, Texas 78520
Office (956) 544-0838   Fax (956) 544-0841

## MEMORANDUM

To Filing Clerk: _____  Date: 12-09-09

CAUSE NO: 2009-12-6671-D   STYLE: _____

**Please Prepare:**

☑ Folder   ☐ Confidential

Attorney Name: Ruben R. Peña

☑ Need File   ☐ Motion: _____
☑ Cit/Prec./Writ: 1   issued: 12-09-09
☐ Cit/prec./Writ: ___   issued: ___
☐ Date Bond Approved: 12/8/09 E-File $4.00
   Deposit $ 322 ⁰⁰   Paid on: 12-07-09
   Jury Fee $ 30 ⁰⁰   Paid on: 12-07-09
   12/8/09

Reviewed by: _____ Deputy

☐ Change Court to _____
Continuing Jurisdiction in Cause
Number _____
Done by: _____

.D# 915404

**JURY**

Sh/atty/CM: _____   $_____
Sh/atty/CM: _____
Other: _____
By: AH
By: AH

Return to: Diane   Deputy

---

To Court Clerk: _____   _____ District Court  Date: _____

**Please present to Judge:**

☐ Order   ☐ TRO   ☐ Protective Order
☐ Issue Process   ☐ Make D.E.   ☐ Make notation on Order of process issued.
☐ Give to:   ☐ Sheriff   ☐ Attorney   ☐ Other _____
☐ Send copies to attorneys or parties entitled to copy.
☐ After issuing service, return to Main Office for Folder and Docket Entry
☐ Transfer to Jury Docket:
   Jury Fee Paid by _____ On _____
☐ Other _____

By: _____   Deputy