**ORIGINAL**

Citation for Personal Service - BY CERTIFIED MAIL    Lit. Seq. # 5.002.01

No. 2009-12-006671-D

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: UNIVERSITY OF TEXAS AT BROWNSVILLE, TEXAS
SERVING ITS PRESIDENT JULIETA GARCIA
80 FORT BROWN
BROWNSVILLE, TEXAS 78520
the DEFENDANT, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 103rd Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said PETITION was filed on DECEMBER 07, 2009. A copy of same accompanies this citation.

The file number of said suit being No. 2009-12-006671-D.

The style of the case is:

RICHARD GOMEZ
VS.
UNIVERSITY OF TEXAS AT BROWNSVILLE, TEXAS

Said petition was filed in said court by RUBEN R. PENA (Attorney for PLAINTIFF), whose address is 700 PAREDES AVE., STE. 103 BROWNSVILLE, TEXAS 78520.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 9th day of DECEMBER, A.D. 2009.

AURORA DE LA GARZA, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

By: _____, Deputy

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE |
|---|
| Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation. |
| Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court. |

NAME OF PREPARER _____ TITLE _____

ADDRESS _____

CITY _____ STATE _____ ZIP _____

CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the __9th__ of __DECEMBER 2009__, I mailed to __UNIVERSITY OF TEXAS AT BROWNSVILLE,__ by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. __0398139617__
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

__AURORA DE LA GARZA__, District Clerk
Cameron County, Texas

By: _____, Deputy

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CAUSE NUMBER: 2009-12-6671-D

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark |
| Return Receipt Fee (Endorsement Required) | | Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

7009 2250 0003 9813 9617

UNIVERSITY OF TEXAS AT BROWNSVILLE, TEXAS
SERVING ITS PRESIDENT JULIETA GARCIA
80 FORT BROWN
BROWNSVILLE, TEXAS 78520

PS Form 3800, August 2006





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   UNIVERSITY OF TEXAS AT BROWNSVILLE, TEXAS
   SERVING ITS PRESIDENT JULIETA GARCIA
   80 FORT BROWN
   BROWNSVILLE, TEXAS 78520
   CAUSE NUMBER: 2009-12-6671-D
   CITATION ISSUED ON: 12-09-09

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Gonzales_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) _Alberto Gonzales_  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   7009 2250 0003 9813 9617

PS Form 3811, February 2004  Domestic Return Receipt

FILED
AURORA DE LA GARZA
DISTRICT CLERK

2009 DEC 15 P 12: 09

CAMERON COUNTY, TEXAS

Aurora De La Garza
District Clerk
974 East Harrison Street
Brownsville, TX 78520

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in the box •