```
RUN DATE 01/08/10                                                          PAGE: 01
RUN TIME 10:07 AM            * * *  C L E R K ' S   E N T R I E S  * * *           2009-12-006671-D

                                   00315401
                                   RUBEN R. PENA                    (06)        12    07   09
         RICHARD GOMEZ            700 PAREDES AVE., STE. 103
                                   BROWNSVILLE, TEXAS     78520 0000    BREACH OF CONTRACT
              VS
                                   00079956                                          30.0
  UNIVERSITY OF TEXAS AT BROWNSVILLE, TEXAS
                                   ALLISON V. EBERHART
                                   P O BOX 12548                                LAW OFFICES
                                   AUSTIN TEXAS          78711 2548          OF RUBEN R. PENA,

                                             01/04/09 (E-FILED)DEFENDANT'S ORIGINAL ANSWER &
                                                        AFFIRMATIVE DEFENSES/EZ
                                             12/07/09 ORIGINAL PETITION FILED
                                             12/07/09 JURY FEE: Pd. by RUBEN R. PENA
                                             12/09/09 CITATION (CM): UNIVERSITY OF TEXAS AT
                                                        BROWNSVILLE,
                                             12/09/09    SERVED: 12/11/09   FILED: 12/15/0
                                             01/04/10 ORIGINAL ANSWER: UNIVERSITY OF TEXAS
                                                        AT BROWNSVILLE,
```