IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 2010

Clerk of Court

| | | |
|---|---|---|
| RICHARD GOMEZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:10-3 |
| UNIVERSITY OF TEXAS AT BROWNSVILLE, | § § § § | |
| Defendant. | § | |

## ORDER

The undersigned recuses herself in the above styled and numbered cause. All current deadlines remain in effect.

Pursuant to Section 22 of General Order No. 2006-1 of the Southern District of Texas, this case is **ORDERED** reassigned to Judge Andrew S. Hanen, according to the customary assignment procedure in the Brownsville Division.

DONE at Brownsville, Texas, on January 13, 2010.

Hilda G. Tagle
United States District Judge