IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICHARD GOMEZ, | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-10-CV-003 |
| | § | |
| UNIVERSITY OF TEXAS AT | § | |
| BROWNSVILLE, TEXAS, | § | |
| *Defendant*. | § | |

## DEFENDANT'S NOTICE TO THE COURT

TO THE HONORABLE ANDREW S. HANEN, UNITED STATES DISTRICT JUDGE:

COMES NOW counsel for Defendant the University of Texas at Brownsville and, as there are no pending motions or other disputed matters that currently need to be addressed by the Court, requests permission to appear telephonically at the Initial Conference in this case scheduled for May 7, 2010 at 9:30 AM. Counsel for Plaintiff is unopposed to defense counsel's request to appear telephonically at the May 7, 2010 Initial Conference.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division

/s/ Allison V. Eberhart_____
**ALLISON V. EBERHART**
Texas Bar No. 24036515
Southern District I.D. No. 33849
**ERIC L. VINSON**
Texas Bar No. 24003115
Southern District I.D. No. 22186
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

*Attorneys for the University of Texas at Brownsville*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by electronic notification through ECF by the United States District Court, Southern District of Texas, Brownsville Division, on April 20, 2010 to:

Mr. Ruben R. Peña
700 Paredes Ave., Ste. 103
Brownsville, Texas 78521

/s/ Allison V. Eberhart_____
**ALLISON V. EBERHART**
Assistant Attorney General