**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| RICHARD GOMEZ,  *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. B-10-003 |
| UNIVERSITY OF TEXAS AT BROWNSVILLE,  *Defendant.* | § § § § | |

**ORDER**

The Defendant is ORDERED to amend its answer so that it complies with Federal Rule of Civil Procedure 8 by June 1, 2010.

Signed this 10th day of May, 2010.

_____
Andrew S. Hanen
United States District Judge