<div style="writing-mode: vertical-rl">Law Offices of Ruben R. Peña, P.C.</div>

August 2, 2010

*Via Facsimile 512-320-0667*
Allison V. Eberhart
Asst. Attorney General
General Litigation Division
P.O. Box 12548
Capitol Station
Austin, Texas 78711-2548

    RE:    Civil Action No. 1:10-cv-00003;
            *Richard Gomez v. University of Texas at Brownsville, Texas*

Dear Ms. Eberhart:

    This letter is to confirm your conversation with my secretary, Nora, of today's date wherein you graciously agreed to grant my client, Richard Gomez, a two-week extension in which to file his answers, objections and motions to Defendant's First Set of Interrogatories and First Requests for Production, which were originally served on July 6, 2010. The answers, objections and motions will now be due on August 19, 2010.

    Please sign in the space provided below for your signature to confirm your agreement to the matters set forth herein. If I have inadvertently omitted anything, or if your understanding of our agreement differs from the set forth herein, please call me immediately so that we can work it out. Please send me your signature so that I may file a Rule 11 Agreement with the Court.

    We thank you very much for your cooperation in allowing us this additional period of time in which to respond.

                                        Very truly yours,

                                        LAW OFFICES OF RUBEN R. PEÑA, P.C.

                                        BY:_____
                                              RUBEN R. PEÑA

RRP:nez

ATTORNEY GENERAL OF TEXAS

            700 Paredes Ave. Suite 103, Brownsville, Texas 78521
BY:_____  956.546.5775 riolawl@aol.com 956.546.5778 fax
    ALLISON V. EBERHART