|  |  |
|---|---|
| SECTION: | 10.1.2 |
| PAGE: | 1 OF 1 |
| DATE APPROVED: | 09/01/92 |

# AUTHORITY OF INSTITUTIONAL DOCUMENTS

A. **Purpose**

It is the intent of this document to clarify University policies and procedure and to assure fair notice of their contents by identifying their official sources.

B. **Sources**

In addition to the policies included in the Rules and Regulations, of the Board of Regents of The University of Texas System, the Board of Regents has also authorized the University to adopt policies, procedures, rules and regulations published in the following university documents:

1. The Handbook of Operating Procedures

2. Affirmative Action Plan

3. The University of Texas at Brownsville Catalog

4. Schedule of Course Offerings

5. Program Guidelines and Institutional Policy for Student Financial Aid

6. Student Publications Handbook

7. Student Government Constitution

8. Student Handbook

C. **Compliance**

It is the responsibility of all faculty, staff, and students of The University of Texas at Brownsville to be aware of and abide by the applicable policies, procedures, rules, and regulations in the Rules and Regulations of the Board of Regents and in these documents.

D. **Review**

This policy shall be reviewed annually and changes recommended as necessary by the President.

Exhibit 4