UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 9 2011

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| RICHARD GOMEZ<br>*Plaintiff* | § | |
| | § | |
| | § | |
| VS. | § | **Civ. Action No. 1:10-003** |
| | § | |
| UNIVERSITY OF TEXAS AT | § | |
| BROWNSVILLE, | § | |
| *Defendant* | | |

## FINAL JUDGMENT

Having granted University of Texas at Brownsville's Motion for Summary

Judgment (Doc. 31) and denied Richard Gomez's Motion to Amend (Doc. 46), it is hereby

ORDERED that Richard Gomez take nothing.

Signed this 29 day of September, 2011.

_____
Andrew S. Hanen
United States District Judge